**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____Central District of California_____

Case number (if known): _____ Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | California Country Gal Inc |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 6 – 4 8 9 3 1 3 6 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 32223 Via Almazan<br>Number          Street | 43980 Mahlon Vail Road 1001<br>Number          Street |
| | P.O. Box |
| Temecula, CA 92592-1223<br>City                              State     ZIP Code | Temecula, CA 92592<br>City                              State     ZIP Code |
| Riverside<br>County | **Location of principal assets, if different from principal place of business** |
| | Number          Street |
| | City                              State     ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | www.californiacountrygal.com |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | California Country Gal Inc | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

__ __ __ __

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                         MM / DD / YYYY

District _____ When _____ Case number _____
                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                                         MM / DD / YYYY

Case number, if known _____

Debtor ___California Country Gal Inc_____    Case number *(if known)* _____
     Name

| | |
|---|---|
| **11. Why is the case filed in** *this* *district*? | Check all that apply: |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
| | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| |        **Why does the property need immediate attention?** *(Check all that apply.)* |
| |        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. What is the hazard? _____ |
| |        ☐ It needs to be physically secured or protected from the weather. |
| |        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| |        ☐ Other _____ |
| |        **Where is the property?** _____ |
| |                 Number     Street |
| |                 City              State   ZIP Code |
| |        **Is the property insured?** |
| |        ☐ No |
| |        ☐ Yes.  Insurance agency _____ |
| |                  Contact name _____ |
| |                  Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | Check one: |
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99     ☐ 1,000-5,000 ☐ 5,001-10,000     ☐ 25,001-50,000 ☐ 50,000-100,000 |
| | ☐ 100-199 ☐ 200-999     ☐ 10,001-25,000          ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000          ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million   ☐ $100,000,001-$500 million ☐ More than $50 billion |

Debtor    California Country Gal Inc _____    Case number (if known) _____
          Name

**16. Estimated liabilities**

☐ $0-$50,000                    ☐ $1,000,001-$10 million          ☐ $500,000,001-$1 billion
☐ $50,001-$100,000             ☐ $10,000,001-$50 million         ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000            ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million          ☐ $100,000,001-$500 million       ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM/ DD/ YYYY

X _____          Thomas Lee
Signature of authorized representative of debtor    Printed name

Title _____ CFO _____

**18. Signature of attorney**

X _____    Date  05/30/2023
Signature of attorney for debtor               MM/ DD/ YYYY

J. Luke Hendrix
Printed name

Law Offices of J. Luke Hendrix
Firm name

28465 Old Town Front St Suite 212
Number        Street

Temecula                           CA          92590
City                               State       ZIP Code

(951) 221-3721                     luke@jlhlawoffices.com
Contact phone                      Email address

271424                             CA
Bar number                         State

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

I declare, under penalty of perjury, that the foregoing is true and correct.


Executed at _____ Temecula _____ , California

Signature of Debtor

Date: 05/30/2023 _____

Signature of Joint Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

F 1015-2.1.STMT.RELATED.CASES

# United States Bankruptcy Court

## Central District of California

**In re California Country Gal Inc.**
**a California Corporation, Debtor**

Case No. _____
Chapter 7

  I, Thomas Lee, declare under penalty of perjury that I am the CFO of California Country Gal Inc, and that the following is a true and correct copy of the resolutions adopted by the board of directors of said corporation at a special meeting duly called and held on the 26th day of May, 2023.

  Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

  Be It Therefore Resolved that Thomas Lee is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of this corporation; and,

  Be It Further Resolved that Thomas Lee, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and,

  Be It Further Resolved that Thomas Lee is authorized and directed to employ J. Luke Hendrix, and the Law Offices of J. Luke Hendrix, to represent the corporation in such bankruptcy case.

Date: May 26, 2023     Signed: _____

            Name: Thomas Lee
            Its: CFO

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| J. Luke Hendrix<br>Bar Number: 271424<br>Law Offices of J. Luke Hendrix<br>28465 Old Town Front St Suite 212<br>Temecula, CA 92590<br>Phone: (951) 221-3721<br>Email: luke@jlhlawoffices.com | |
| ☑ *Attorney for:* California Country Gal Inc | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br>California Country Gal Inc<br><br><br>Debtor(s). | CASE NO.: _____<br>ADVERSARY NO.: _____<br>CHAPTER: 7 |
|---|---|
| <br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO RBP 1007(A)(1)<br>AND 7007.1, AND LBR 1007-4** |
| <br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* _____ J. Luke Hendrix _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

☐   I am the president or other officer or an authorized agent of the Debtor corporation

☐   I am a party to an adversary proceeding

☐   I am a party to a contested matter

☐   I am the attorney for the Debtor corporation

2.a.    ☐   The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____

_____

_____

b.      ☑   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:   05/30/2023          By:     _____
                                    Signature of Debtor, or attorney for Debtor

                            Name:   _____J. Luke Hendrix_____
                                    Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Fill in this information to identify the case: |
| --- |

| Debtor name | California Country Gal Inc |
| --- | --- |

United States Bankruptcy Court for the:

Central District of California

Case number (if known): _____    Chapter ___7___

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................. $2,105.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................... $2,105.00

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................... $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................... + $243,932.73

4. **Total liabilities**........................................................................................................................................ $243,932.73
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____ California Country Gal Inc _____

United States Bankruptcy Court for the:
_____ Central District of California _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**
    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 Bank of America 0025 | Checking account | | $5.00 |

4.  **Other cash equivalents** *(Identify all)*

| 4.1 PayPal | | | $0.00 |
|---|---|---|---|

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $5.00

## Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**
    ☐ No. Go to Part 3.
    ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit
    **None**

Debtor    California Country Gal Inc
_____    Case number (if known) _____
Name

8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
    Description, including name of holder of prepayment

    8.1  Refund for Business Insurance - Western Security (Nautilus) _____    $1,500.00

9.  Total of Part 2
    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.    $1,500.00

**Part 3:  Accounts receivable**

10.  Does the debtor have any accounts receivable?
     ☑ No. Go to Part 4.
     ☐ Yes. Fill in the information below.

                                                                              Current value of debtor's
                                                                              interest

11.  Accounts Receivable

     11a. 90 days old or less:  _____  -  _____  = ...... →    _____
                                face amount              doubtful or uncollectible accounts

     11b. Over 90 days old:     _____  -  _____  = ...... →    _____
                                face amount              doubtful or uncollectible accounts

12.  Total of Part 3
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $0.00

**Part 4:  Investments**

13.  Does the debtor own any investments?
     ☑ No. Go to Part 5.
     ☐ Yes. Fill in the information below.

                                                              Valuation method used for    Current value of debtor's
                                                              current value                interest

14.  Mutual funds or publicly traded stocks not included in Part 1
     Name of fund or stock:

     None

15.  Non-publicly traded stock and interests in incorporated and unincorporated
     businesses, including any interest in an LLC, partnership, or joint venture
     Name of fund or stock:                              % of
                                                         ownership:

     None

16.  Government bonds, corporate bonds, and other negotiable and non-negotiable
     instruments not included in Part 1
     Describe:

Debtor    California Country Gal Inc                                    Case number *(if known)* _____
          Name

None

17.  **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    $0.00

---

**Part 5:  Inventory, excluding agriculture assets**

18.  Does the debtor own any inventory (excluding agriculture assets)?

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 Baking Ingredients (Almond and Coconut Flour, Psyllium Powder, Sea Salt, Baking Soda) | MM / DD / YYYY | (Unknown) | | $300.00 |
| **20. Work in progress** | | | | |
| None | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 Unused printed baking mix pouches | MM / DD / YYYY | (Unknown) | | $0.00 |
| **22. Other inventory or supplies** | | | | |
| None | | | | |

23.  **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    $300.00

24.  Is any of the property listed in Part 5 perishable?

☐ No
☑ Yes

25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

☑ No
☐ Yes

26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?

☑ No
☐ Yes

---

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

Debtor  ___California Country Gal Inc_____    Case number *(if known)* _____
Name

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops — either planted or harvested**

None

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

None

30. **Farm machinery and equipment** (Other than titled motor vehicles)

None

31. **Farm and fishing supplies, chemicals, and feed**

None

32. **Other farming and fishing-related property not already listed in Part 6**

None

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.                                                                $0.00

34. **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

| Debtor | California Country Gal Inc | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**38.** Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture | | | |
| 39.1 Office chairs, drawer, file cabinet. | (Unknown) | | $100.00 |
| **40.** Office fixtures | | | |
| None | | | |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software | | | |
| 41.1 2 printers; phone; 2 computers; shipping boxes | (Unknown) | | $200.00 |
| Additional Page Total - *See continuation page for additional entries* | | | $0.00 |
| **42.** Collectibles *Examples:* Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| None | | | |
| **43.** Total of Part 7 Add lines 39 through 42. Copy the total to line 86. | | | $300.00 |

**44.** Is a depreciation schedule available for any of the property listed in Part 7?

☑ No
☐ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?

☑ No
☐ Yes

---

**Part 8:    Machinery, equipment, and vehicles**

**46.** Does the debtor own or lease any machinery, equipment, or vehicles?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |

Debtor    California Country Gal Inc
_____    Case number *(if known)* _____
Name

None

48. **Watercraft, trailers, motors, and related accessories** *Examples*:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

None

49. **Aircraft and accessories**

None

50. **Other machinery, fixtures, and equipment (excluding farm machinery
and equipment)**

None

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.                                                    $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:  Real Property

54. **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

| General description | Nature and extent of | Net book value of | Valuation method used | Current value of debtor's |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | debtor's interest in property | debtor's interest (Where available) | for current value | interest |

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest

None

56. **Total of Part 9**
Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.          $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

Debtor    California Country Gal Inc _____    Case number *(if known)* _____
      Name

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
   ☑ No
   ❑ Yes

## Part 10: Intangibles and Intellectual Property

59. Does the debtor have any interests in intangibles or intellectual property?
   ❑ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | |
| None | | | |
| **61.** Internet domain names and websites | | | |
| 61.1 Californiacountrygal.net (expires 9/17/2023) | (Unknown) | | $0.00 |
| Additional Page Total - *See continuation page for additional entries* | | | $0.00 |
| **62.** Licenses, franchises, and royalties | | | |
| None | | | |
| **63.** Customer lists, mailing lists, or other compilations | | | |
| 63.1 Customer List | (Unknown) | | (Unknown) |
| **64.** Other intangibles, or intellectual property | | | |
| None | | | |
| **65.** Goodwill | | | |
| 65.1 Goodwill | (Unknown) | | (Unknown) |
| **66.** Total of Part 10 Add lines 60 through 65. Copy the total to line 89. | | | $0.00 |

67. Do your lists or records include personally identifiable information of customers? (as defined in 11 U.S.C. §§ 101(41A) and 107)
   ☑ No
   ❑ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
   ☑ No
   ❑ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
   ☑ No
   ❑ Yes

Debtor    _California Country Gal Inc_____    Case number *(if known)* _____
          Name

## Part 11:  All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     ☑ No. Go to Part 12.
     ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**
     Description (include name of obligor)
     **None**

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)
     **None**

73.  **Interests in insurance policies or annuities**
     **None**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**
     **None**

75.  **Other contingent and unliquidated claims or causes of action of every nature,
     including counterclaims of the debtor and rights to set off claims**
     **None**

76.  **Trusts, equitable or future interests in property**
     **None**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership
     **None**

78.  **Total of Part 11**
     Add lines 71 through 77. Copy the total to line 90.                                    $0.00

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

Debtor   California Country Gal Inc _____      Case number (if known) _____
              Name

## Part 12:  Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $5.00 | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $1,500.00 | |
| 82. Accounts receivable. Copy line 12, Part 3. | $0.00 | |
| 83. Investments. Copy line 17, Part 4. | $0.00 | |
| 84. Inventory. Copy line 23, Part 5. | $300.00 | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $0.00 | |
| 86. Office furniture, fixtures, and equipment; collectibles. Copy line 43, Part 7. | $300.00 | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $0.00 | |
| 88. Real property. Copy line 56, Part 9......................................................................... → | | $0.00 |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | $0.00 | |
| 90. All other assets. Copy line 78, Part 11.                                              + | $0.00 | |
| 91. Total. Add lines 80 through 90 for each column......     91a. | $2,105.00 | + 91b.   $0.00 |
| 92. Total of all property on Schedule A/B. Lines 91a + 91b = 92 ........................................................................ | | $2,105.00 |

| Debtor | California Country Gal Inc | Case number (if known) |
|---|---|---|
| | Name | |

**Additional Page**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 41. Office equipment - *Continued* | | | |
| 41.2 Leased Kitchen Equipment (oven, mixer, proofer, slicer) | (Unknown) | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 61. Internet domain names and websites - *Continued* | | | |
| 61.2 Californiacountrygirl.com (expires 2/11/2024) | (Unknown) | | $0.00 |
| 61.3 Calcountrygal.com (expires 12/28/2023) | (Unknown) | | $0.00 |
| 61.4 theworldsdbestbread.com (expires 3/2/2024) | (Unknown) | | $0.00 |
| 61.5 Starchbelly.com (expires 9/17/2023) | (Unknown) | | $0.00 |
| 61.6 Realketobread.com (expires 11/3/2023) | (Unknown) | | $0.00 |
| 61.7 goodfoodcompany.us (expires 6/22/2023) | (Unknown) | | $0.00 |
| 61.8 ketogenicsdiet.com (expires 4/23/2024) | (Unknown) | | $0.00 |
| 61.9 planethash.com (expires 6/23/2023) | (Unknown) | | $0.00 |
| 61.10 californiacountryorganics.com | (Unknown) | | $0.00 |
| 61.11 californiacountrygal.com (expires 4/6/2024) | (Unknown) | | $0.00 |
| 61.12 californiacountryorganics.com (expires 1/25/2024) | (Unknown) | | $0.00 |

Fill in this information to identify the case:

Debtor name _____California Country Gal Inc_____

United States Bankruptcy Court for the: _____ Central _____ District of _____ California _____
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was _____
incurred

Last 4 digits of       __ __ __ __
account
number

Do multiple creditors have an interest
in the same property?

☐ No
☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

_____
_____

Describe debtor's property that is subject to a
lien

_____
_____
_____

Describe the lien

_____
_____

Is the creditor an insider or related party?

☐ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional
Page, if any.                                                          _____

**Fill in this information to identify the case:**

Debtor name _____ California Country Gal Inc _____

United States Bankruptcy Court for the:
_____ Central District of California _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507)
    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>_____<br>_____<br>_____ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | _____ | _____ |
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ | | |
| Last 4 digits of account number  __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ____ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>_____<br>_____<br>_____ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | _____ | _____ |
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ | | |
| Last 4 digits of account number  __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ____ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

Debtor    California Country Gal Inc                                    Case number (if known) _____
_____
Name

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured
claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,195.00 |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
Alliance Leasing

14040 N Cave Creek Rd Ste 304

Phoenix, AZ 85022-6180

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Equipment Lease

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim
$13,195.00

---

**3.2** Nonpriority creditor's name and mailing address
Bitty Advance

6499 Powerline Rd Ste 203

Fort Lauderdale, FL 33309

Date or dates debt was incurred    09/2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Business Loan

Is the claim subject to offset?
☑ No
☐ Yes

$12,011.00

---

**3.3** Nonpriority creditor's name and mailing address
eCommSales

601 Meeting St 7072

Charleston, SC 29403

Date or dates debt was incurred    09/2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Amazon Account
Basis for the claim:  Management Services

Is the claim subject to offset?
☑ No
☐ Yes

$2,250.00

---

**3.4** Nonpriority creditor's name and mailing address
Epac Flexible Packaging

Po Box 69553

Baltimore, MD 21264

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Packaging Services

Is the claim subject to offset?
☑ No
☐ Yes

$1,068.59

Debtor    California Country Gal Inc
_____    Case number *(if known)* _____
Name

## Part 2: Additional Page

**3.5** Nonpriority creditor's name and mailing address
Greenbox

2200 Biscayne Blvd Ste 200

Miami, FL 33137

Date or dates debt was incurred    08/2022

Last 4 digits of account number    6  6  4  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Loan

Is the claim subject to offset?
☑ No
☐ Yes

$23,900.00

**3.6** Nonpriority creditor's name and mailing address
Les Schwab

20900 Cooley Rd

Bend, OR 97701

Date or dates debt was incurred    _____

Last 4 digits of account number    5  7  1  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

$1,352.00

**3.7** Nonpriority creditor's name and mailing address
LoanMe Inc

1900 S State College Blvd

Anaheim, CA 92806-0101

Date or dates debt was incurred    _____

Last 4 digits of account number    0  6  1  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Loan

Is the claim subject to offset?
☑ No
☐ Yes

$5,996.00

**3.8** Nonpriority creditor's name and mailing address
OnDeck

1400 Broadway

New York, NY 10018-5300

Date or dates debt was incurred    06/2021

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Loan

Is the claim subject to offset?
☑ No
☐ Yes

$21,000.00

Debtor    California Country Gal Inc

Case number *(if known)* _____

Name

---

## Part 2: Additional Page

**3.9** Nonpriority creditor's name and mailing address

OnDeck

1400 Broadway

New York, NY 10018-5300

Date or dates debt was incurred    60/2021

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Business Loan

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$23,000.00

---

**3.10** Nonpriority creditor's name and mailing address

PayPal

2211 N 1st St

San Jose, CA 95131-2021

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Business Loan

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$8,252.00

---

**3.11** Nonpriority creditor's name and mailing address

Summit Account Resolution

Po Box 131

Champlin, MN 55316-0131

Date or dates debt was incurred    _____

Last 4 digits of account number    7 _ 5 _ 0 _ 8

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Certification Service

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,750.00

---

**3.12** Nonpriority creditor's name and mailing address

Terrasoul Superfoods, LLC

1001 Ne Loop 820 Ste 500

Fort Worth, TX 76131-1432

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Business Services - Subject of Pending Litigation

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$37,583.14

---

Debtor    California Country Gal Inc
_____          Case number *(if known)* _____
Name

## Part 2: Additional Page

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,575.00 |
| --- | --- | --- | --- |

**3.13** Nonpriority creditor's name and mailing address

Treehouse California Almonds, LLC

6914 Road 160

Earlimart, CA 93219-9627

Date or dates debt was incurred    01/2023

Last 4 digits of account number    0  8  6  6

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Supplier

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$8,575.00

**3.14** Nonpriority creditor's name and mailing address

U.S. Small Business Administration

Po Box 3918

Portland, OR 97208-3918

Date or dates debt was incurred    01/2022

Last 4 digits of account number    7  8  1  0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Business Loan

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$84,000.00

Debtor      California Country Gal Inc
Name

Case number *(if known)*

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $0.00 |
| 5b. | Total claims from Part 2 | 5b. **+** | $243,932.73 |
| 5c. | Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $243,932.73 |

| Fill in this information to identify the case: |
| --- |
| Debtor name _____ California Country Gal Inc _____ |
| United States Bankruptcy Court for the: _____ Central District of California _____ |
| Case number (if known): _____ Chapter 7 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Kitchen Equipment (Oven, mixer, proofer, slicer) | Alliance Leasing |
| | | Contract to be REJECTED | 14040 N Cave Creek Rd Ste 304 |
| | State the term remaining | 0 months | Phoenix, AZ 85022-6180 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name _____California Country Gal Inc_____

United States Bankruptcy Court for the: _____**Central**_____ District of _____**California**_____
                                                                                                (State)
Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.

1.  Does the debtor have any codebtors?

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2.  In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,
    *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the
    creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1  Lee, Annette | 32223 Via Almazan<br>Street<br><br>Temecula, CA 92592-1223<br>City          State          ZIP Code | Bitty Advance | ☐ D<br>☑ E/F<br>☐ G |
| | | Greenbox | ☐ D<br>☑ E/F<br>☐ G |
| | | LoanMe Inc | ☐ D<br>☑ E/F<br>☐ G |
| | | U.S. Small Business Administration | ☐ D<br>☑ E/F<br>☐ G |
| | | PayPal | ☐ D<br>☑ E/F<br>☐ G |
| | | OnDeck | ☐ D<br>☑ E/F<br>☐ G |
| | | OnDeck | ☐ D<br>☑ E/F<br>☐ G |
| | | Les Schwab | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | California Country Gal Inc | Case number (if known) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.2 | Lee, Thomas | 32223 Via Almazan<br>Street<br><br>Temecula, CA 92592-1223<br>City    State    ZIP Code | Bitty Advance | ☐ D  ☑ E/F  ☐ G |
| | | | Greenbox | ☐ D  ☑ E/F  ☐ G |
| | | | LoanMe Inc | ☐ D  ☑ E/F  ☐ G |
| | | | U.S. Small Business Administration | ☐ D  ☑ E/F  ☐ G |
| | | | PayPal | ☐ D  ☑ E/F  ☐ G |
| | | | OnDeck | ☐ D  ☑ E/F  ☐ G |
| | | | OnDeck | ☐ D  ☑ E/F  ☐ G |
| | | | Les Schwab | ☐ D  ☑ E/F  ☐ G |
| 2.3 | | Street<br><br>City    State    ZIP Code | | ☐ D  ☐ E/F  ☐ G |
| 2.4 | | Street<br><br>City    State    ZIP Code | | ☐ D  ☐ E/F  ☐ G |
| 2.5 | | Street<br><br>City    State    ZIP Code | | ☐ D  ☐ E/F  ☐ G |

Debtor    California Country Gal Inc
      Name

Case number (if known) _____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | _____ <br> Street <br> _____ <br> _____ <br> City    State    ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |

Official Form 206H

**Schedule H: Codebtors**

page _3_ of _3_

| Fill in this information to identify the case: |
| --- |

Debtor name _____ California Country Gal Inc _____

United States Bankruptcy Court for the:

_____ Central District of California _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/30/2023
          MM/  DD/  YYYY

X _____
Signature of individual signing on behalf of debtor

Thomas Lee _____
Printed name

CFO _____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _____ California Country Gal Inc _____

United States Bankruptcy Court for the:

Central District of California

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1.  **Gross revenue from business**

    ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $119,103.78 |
| For prior year: | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $263,345.00 |
| For the year before that: | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $165,842.00 |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| For prior year: | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| For the year before that: | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor    California Country Gal Inc
      Name

Case number (if known) _____

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.**    Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.<br>_____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City    State   ZIP Code | ____<br><br>____<br><br>____ | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.**    Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. U.S. Small Business Administration<br>Creditor's name<br>Po Box 3918<br>Street<br><br>_____<br>Portland, OR 97208-3918<br>City    State   ZIP Code<br>**Relationship to debtor**<br>Creditor | 06/15/2022<br>06/19/2022<br>07/18/2022<br>07/18/2022<br>08/16/2022<br>09/16/2022<br>10/17/2022<br>11/16/2022<br>02/09/2023<br>02/09/2023<br>03/08/2023<br>04/04/2023<br>04/06/2023 | $8,613.00 | Loan Repayment<br><br>_____<br><br>_____ |

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy         

Debtor    California Country Gal Inc
     Name

Case number *(if known)*

| 4.2. | Xiang Rong Tan | 06/2022 | $28,800.00 | Rent paid for location of business, 32223 Via Almazan, Temecula, CA, 92592, which is a residential property that also served as residence of Thomas and Annette Lee, the Debtor's shareholders, pursuant to lease between Lees and the landlord. |
|---|---|---|---|---|
| | Creditor's name | | | |
| | 1477 Corte La Mantua | 07/2022 | | |
| | Street | | | |
| | | 08/2022 | | |
| | Escondido, CA 92026-2248 | 09/2022 | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | 10/2022 | | |
| | Landlord | 11/2022 | | |
| | | 12/2022 | | |
| | | 01/2023 | | |
| | | 02/2023 | | |
| | | 03/2023 | | |
| | | 04/2023 | | |
| | | 05/2023 | | |
| 4.3. | Lee, Annette | 12/27/2022 | $8,750.00 | Compensation |
| | Creditor's name | | | |
| | 32223 Via Almazan | 03/23/2023 | | |
| | Street | | | |
| | | 04/20/2023 | | |
| | Temecula, CA 92592-1223 | 05/01/2023 | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | 05/16/2023 | | |
| | 90% Shareholder; Officer | 04/04/2023 | | |
| | | 04/06/2023 | | |
| 4.4. | Lee, Thomas | 03/23/2023 | $7,250.00 | Compensation |
| | Creditor's name | | | |
| | 32223 Via Almazan | 04/04/2023 | | |
| | Street | | | |
| | | 04/06/2023 | | |
| | Temecula, CA 92592-1223 | 04/20/2023 | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | 05/01/2023 | | |
| | 10% Shareholder; Officer | 05/16/2023 | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| | | | |

Debtor    California Country Gal Inc _____     Case number (if known) _____
                Name

5.1.   _____    _____    _____    _____
       Creditor's name

       Street _____

       _____

       City          State    ZIP Code

## 6.  Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

6.1.   _____    _____    _____    _____
       Creditor's name

       Street _____        XXXX– __ __ __ __

       _____

       City          State    ZIP Code

---

### Part 3:  Legal Actions or Assignments

7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Terrasoul Superfoods, LLC v. California Country Gal, Inc. et al. | Claims related to alleged nonpayment for business goods. | Riverside County Superior Court<br>Name<br>30755 Auld Rd Ste D<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number** | | | |
| CVSW2207260 | | Murrieta, CA 92563-2581<br>City          State    ZIP Code | |

8.   Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Debtor | California Country Gal Inc | Case number *(if known)* |
|---|---|---|
| | Name | |

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| City          State      ZIP Code | Case number | Street |
| | Date of order or assignment | City          State      ZIP Code |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City          State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

| Part 5: | Certain Losses |
|---|---|

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss

If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1.** | | | |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor    California Country Gal Inc    Case number (if known) _____
         Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Law Offices of J. Luke Hendrix | Attorney's Fee | 03/29/2023 | $1,500.00 |
| | **Address** | Attorney's Fee and Filing Fee | 04/04/2023 | $1,338.00 |
| | 28465 Old Town Front St Suite 212 | | | |
| | Street | | | |
| | Temecula, CA 92590 | | | |
| | City            State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Address | | | |
| | Street | | | |
| | City            State    ZIP Code | | | |
| | Relationship to debtor | | | |

Debtor      California Country Gal Inc                                         Case number (if known) _____
            Name

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---------|--------------------|
| | |

14.1. _____                    From _____    To _____

Street

_____

City                State    ZIP Code

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|--------------------------------------------------------------------------------|---------------------------------------------------------------------------|
| | | |

15.1. _____

Facility name

_____

Street

_____                    Location where patient records are maintained(if different from    **How are records kept?**
                                                    facility address). If electronic, identify any service provider.
City                State    ZIP Code                                                                               Check all that apply:
                                                    _____                                ☐ Electronically

                                                    _____                                ☐ Paper

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

        Does the debtor have a privacy policy about that information?

        ☐ No

        ☐ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.

Official Form 207              Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 7

Debtor   California Country Gal Inc _____      Case number (if known) _____
         Name

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18.    Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 Bank of America<br>Name<br><br>Street<br><br>City        State   ZIP Code | XXXX– 8 8 0 9 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | 05/02/2023 | $30.00 |
| 18.2 Bank of America<br>Name<br><br>Street<br><br>City        State   ZIP Code | XXXX– 8 8 2 5 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | 05/02/2023 | $10.00 |

### 19.    Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br><br>Street<br><br>City        State   ZIP Code | _____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

### 20.    Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Debtor    California Country Gal Inc
          Name                                                     Case number *(if known)*

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | Address | | |
| | City          State    ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

▪ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

▪ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

▪ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

Debtor    California Country Gal Inc
_____    Case number (if known) _____
Name

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25.** Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | |
| Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| Street | | **Dates business existed** |
| | | From _____   To _____ |
| City          State    ZIP Code | | |

**26.** Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor    California Country Gal Inc _____    Case number (if known) _____
          Name

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.1. | Acctax Biz Inc. | | From 2020      To 2023 |
| | Name | | |
| | 27475 Ynez Rd 289 | | |
| | Street | | |
| | | | |
| | Temecula, CA 92591 | | |
| | City | State | ZIP Code |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.2. | Cynthia Woods | | From 2014      To 2023 |
| | Name | | |
| | 20902 Brookhurst St # 302 | | |
| | Street | | |
| | | | |
| | Huntingtn Bch, CA 92646-6637 | | |
| | City | State | ZIP Code |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.1. | Acctax Biz Inc. | | From 2020      To 2023 |
| | Name | | |
| | 27475 Ynez Rd 289 | | |
| | Street | | |
| | | | |
| | Temecula, CA 92591 | | |
| | City | State | ZIP Code |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. | Acctax Biz Inc. | | |
| | Name | | |
| | 27475 Ynez Rd 289 | | |
| | Street | | |
| | | | |
| | Temecula, CA 92591 | | |
| | City | State | ZIP Code |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address | | |
|---|---|---|
| 26d.1. | | |
| | Name | |
| | | |
| | Street | |
| | | |
| | City | State | ZIP Code |

Debtor _____California Country Gal Inc_____   Case number (if known) _____
          Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

Name and address of the person who has possession of inventory records

27.1.

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lee, Thomas | 32223 Via Almazan Temecula, CA 92592-1223 | Owner/Officer, Shareholder | 10.00% |
| Lee, Annette | 32223 Via Almazan Temecula, CA 92592-1223 | Owner/Officer, Shareholder | 90.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

Relationship to debtor

_____

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 12

Debtor ___California Country Gal Inc_____ Case number (if known) _____
       Name

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

  ☑ No

  ❏ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

  ☑ No

  ❏ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:** **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____05/30/2023_____
           MM/  DD/  YYYY

X _____       Printed name _____Thomas Lee_____
  Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____CFO_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

❏ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re    California Country Gal Inc

Case No. _____

**Debtor**

Chapter _____ 7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................................. $2,838.00

Prior to the filing of this statement I have received .................................................................................... $2,838.00

Balance Due ............................................................................................................................................. $0.00

2.   The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Any adversary proceeding; appeal proceeding; representation of Client in any conversion of Client's case to another Chapter under the Bankruptcy Code; representation of client in response to any motions for relief from stay filed by a creditor; objections to improper creditor claims; motion to buy, sell, or refinance real or other property; motion to compel abandonment of bankruptcy estate property; motion to avoid a lien on property; and representation of Client in response to any objection to exemption.

Page 1 of 2

B2030 (Form 2030) (12/15)

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____05/30/2023_____
Date

J. Luke Hendrix
Signature of Attorney

Bar Number: 271424
Law Offices of J. Luke Hendrix
28465 Old Town Front St Suite 212
Temecula. CA 92590
Phone: (951) 221-3721

Law Offices of J. Luke Hendrix
Name of law firm

| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| J. Luke Hendrix<br>Bar Number: 271424<br>Law Offices of J. Luke Hendrix<br>28465 Old Town Front St Suite 212<br>Temecula, CA 92590<br>Phone: (951) 221-3721<br>Email: luke@jlhlawoffices.com<br><br><br>☐  *Debtor(s) appearing without an attorney*<br>☑  *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>California Country Gal Inc | CASE NO.:<br>CHAPTER:  Chapter 7 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _05/30/2023_

_____
Signature of Debtor 1

Date: _05/30/2023_

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _05/30/2023_

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*

**Alliance Leasing**
14040 N Cave Creek Rd Ste 304
Phoenix, AZ 85022-6180

**Bitty Advance**
6499 Powerline Rd Ste 203
Fort Lauderdale, FL 33309

**eCommSales**
601 Meeting St 7072
Charleston, SC 29403

**Epac Flexible Packaging**
Po Box 69553
Baltimore, MD 21264

**Greenbox**
2200 Biscayne Blvd Ste 200
Miami, FL 33137

**Annette Lee**
32223 Via Almazan
Temecula, CA 92592-1223

**Thomas Lee**
32223 Via Almazan
Temecula, CA 92592-1223

**Les Schwab**
20900 Cooley Rd
Bend, OR 97701

**LoanMe Inc**
1900 S State College Blvd
Anaheim, CA 92806-0101


**OnDeck**
1400 Broadway
New York, NY 10018-5300


**PayPal**
2211 N 1st St
San Jose, CA 95131-2021


**Summit Account Resolution**
Po Box 131
Champlin, MN 55316-0131


**Terrasoul Superfoods, LLC**
1001 Ne Loop 820 Ste 500
Fort Worth, TX 76131-1432


**Treehouse California Almonds, LLC**
6914 Road 160
Earlimart, CA 93219-9627


**U.S. Small Business Administration**
Po Box 3918
Portland, OR 97208-3918